# First District Court of Appeal
## State of Florida

_____

No. 1D22-0935

_____

WILLIAM FORREST MORGAN,

> Petitioner,

v.

STATE OF FLORIDA,

> Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 28, 2022


PER CURIAM.

The Court dismisses the petition for writ of habeas corpus as unauthorized. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003) (holding that, generally, a criminal defendant cannot proceed pro se while represented by counsel).

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

William Forrest Morgan, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.